# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Gardner, Amber Joy | Docket No. | 2:16CR00105-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Amber Joy Gardner, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge, John T. Rodgers, sitting in the Court at Spokane, Washington, on the 9th day of June 2016, under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of Federal, state, or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervision Officer in the captioned matter.

**Special Condition #14:** Defendant shall remain in the Eastern District of Washington while the case is pending. By timely motion clearly stating whether opposing counsel and Pretrial Services object to the request, Defendant may be permitted to travel outside of this geographical area.

**Special Condition #27:** Prohibited Substance Abuse Testing: If random urinalysis testing not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant was arrested for driving without privileges in Boundary County, Idaho, on June 13, 2016.

**Violation #2:** The defendant traveled to the District of Idaho without obtaining prior permission from the Court on June 13, 2016.

**Violation #3:** The defendant failed to submit to random urinalysis testing upon request on July 5, 2016.

## PRAYING THAT THE COURT WILL TAKE NO ACTION

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: July 11, 2016 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

July 12, 2016
Date