# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Gardner, Amber Joy | Docket No. | 2:16CR00105-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW   Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Amber Joy Gardner, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 9th day of June 2016, under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law.  Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement.  Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. §, unless prescribed by a licensed medical practitioner in conformance with Federal law.  Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant was cited for defective tires, operating a motor vehicle without insurance, and no valid operator's license with valid identification on September 13, 2016.

**Violation #2:** The defendant failed to report law enforcement contact within one business day.

**Violation #3:** The defendant tested positive for the presence of methamphetamine on September 14, 2016.

**PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME**

|   | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|   | Executed on:   October 17, 2016 |
| by | s/Erik Carlson |
|   | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ X] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

October 17, 2016

Date